United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16564-amc
John J. O'Boyle, Jr.                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Oct 02, 2018
                            Form ID: 130          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db             +John J. O'Boyle, Jr.,   2823 Chatham Street,   Philadelphia, PA 19134-4213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
              MICHAEL A. CIBIK2    on behalf of Debtor John J. O'Boyle, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 13
John J. O'Boyle, Jr.
        Debtor(s)  Bankruptcy No: 18−16564−amc

*O R D E R*

**AND NOW,** this 2nd day of October, 2018, the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 10/8/2018..
    Atty Disclosure Statement due 10/15/2018.
    Chapter 13 Plan due by 10/15/2018.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
    Form 122C−1 Due 10/15/2018.
    Means Test Calculation Form 122C−2 Due: 10/15/2018.
    Schedules AB−J due 10/15/2018.
    Statement of Financial Affairs due 10/15/2018.
    Summary of Assets and Liabilities Form B106 due 10/15/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge, United States Bankruptcy Court

4
Form 130