## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :          Chapter 13

John J. O'Boyle
    (DEBTOR)                           :          Bankruptcy No. 18-16564AMC13

### O R D E R

      AND NOW upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

    It is hereby **ORDERED** that:

1.    The Motion is Granted.

2.    The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge

Date: October 30, 2018

cc:   Michael A. Cataldo, Esquire
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Ste. 900
      Philadelphia, PA 19102

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 1229
      Philadelphia, PA 19105