IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          :          CHAPTER 13

O'Boyle, Jr., John J.                                           :

            Debtor(s)                            :          BKY. NO.

## INCOME CONTRIBUTION AFFIDAVIT

**COMMONWEALTH/STATE OF PENNSYLVANIA**
**COUNTY OF PHILADELPHIA**

I, Ashley Taylor (Niece), the person whose name is signed below, hereby swear/affirm that the following are true and correct:

1. The debtor(s) named above is/are my Uncle (specify relationship, for example - mother, father, brother, friend).

2. I contribute financial support in the amount of $500.00 on a monthly basis to the debtor(s).

3. The source of my income is <u>Self Employed & Child Support--Niece Moving in House--Will be Living with Uncle (Debtor)</u> (for example wages from employment, self-employment, disability payments, Social Security, etcetera). The name of my employer is (if applicable).

4. I will continue to make such contributions to the debtor(s) for the entire duration of the Chapter 13 plan of the debtor(s).

Dated: 10/26/18

_Ashley Taylor_ (signature)
Ashley Taylor (Niece)

Ashley Taylor
(Affiant/Contributor) Print Name

Commonwealth of Pennsylvania – Notary Seal
NANCY A VARGAS MAYNARD – Notary Public
Philadelphia County
My Commission Expires May 19, 2019
Commission Number 1262609

Sworn to or affirmed and subscribed to before me by Ashley Taylor, the Affiant/Contributor identified above, on this 26 day of October, 20 18.

_Nancy A. Vargas Maynard_
Notary Public