United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16564-amc
John J. O'Boyle, Jr.                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 2         Date Rcvd: Nov 07, 2018
                            Form ID: 152           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
```
db         +John J. O'Boyle, Jr.,   2823 Chatham Street,   Philadelphia, PA 19134-4213
14210624   +DITECH FINANCIAL LLC,   c/o REBECCA ANN SOLARZ,ESQUIRE,   710 Market Street,   Suite 5000,
             Philadelphia, PA 19106-2312
14207370   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
14207371   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
14207374   +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14207375    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
14207377   +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14207379   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:08     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:41
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14207366    E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:08     City Of Philadelphia,
             Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
14207367    E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:08     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphia, PA 19102
14207364   +E-mail/Text: ecf@ccpclaw.com Nov 08 2018 02:37:31     Cibik & Cataldo, P.C.,
             1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
14207368   +E-mail/Text: bankruptcy@philapark.org Nov 08 2018 02:38:25     City of Philadelphia,
             Parking Violations Branch,   PO Box 41819,   Philadelphia, PA 19101-1819
14207369   +E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2018 02:37:36     Ditech,   Attn: Bankruptcy,
             PO Box 6172,   Rapid City, SD 57709-6172
14207372    E-mail/Text: cio.bncmail@irs.gov Nov 08 2018 02:37:34     I.R.S.,   P.O. Box 7346,
             Philadelphia, PA  19101-7346
14207376    E-mail/Text: bankruptcygroup@peco-energy.com Nov 08 2018 02:37:36     Peco Energy,
             2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
14207378   +E-mail/Text: bankruptcy@philapark.org Nov 08 2018 02:38:25     Philadelphia Parking Authority,
             Bankruptcy Department,   701 Market Street,   Philadelphia, PA 19106-2895
14207380   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 08 2018 02:37:29
             Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
             Weldon Springs, MO 63304-2225
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14207365*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
14210625*     +DITECH FINANCIAL LLC,   c/o REBECCA ANN SOLARZ,ESQUIRE,   710 Market Street,   Suite 5000,
               Philadelphia, PA 19106-2312
14207373*      I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Nov 07, 2018
                              Form ID: 152                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        MICHAEL A. CATALDO2   on behalf of Debtor John J. O'Boyle, Jr. ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2   on behalf of Debtor John J. O'Boyle, Jr. ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John J. O'Boyle, Jr.
    Debtor(s)

Case No: 18−16564−amc
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 1/22/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

24 − 6
Form 152