**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: JOHN O'BOYLE,<br><br>              Debtor(s). | Case No. 18-16564AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __18th_____ day of __June_____, 201 9____, upon consideration of

the Application for Compensation, it is

**ORDERED** that compensation of **$4,000.00** is allowed and the balance due to counsel in the

amount of **$3,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE